UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| PRASHAN GUNASEKERA,<br>    Plaintiff,<br><br>-v-<br><br>CHIPPEWA COUNTY WAR MEMORIAL HOSPITAL, INC.,<br>    Defendant. | No. 2:17-cv-163<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has confirmed the arbitration award, effectively resolving all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 23, 2020                /s/ Paul L. Maloney
                                Paul L. Maloney
                                United States District Judge