UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| PRASHAN GUNASEKERA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:17-cv-163 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| CHIPPEWA COUNTY WAR MEMORIAL HOSPITAL, INC., | ) ) | |
| Defendant. | ) | |
| | ) | |

## ORDER CONFIRMING ARBITRATION AWARD

On Defendant's motion, the Court compelled arbitration of this dispute. Following arbitration, the parties returned to this Court seeking to have the arbitration award vacated or amended. The Court denied the motion and notified that parties that it intended to confirm the arbitration award. (ECF No. 15.)

The Federal Arbitration Act presumes that arbitration awards will be confirmed. *Andersons, Inc. v. Horton Farms, Inc.*, 166 F.3d 308, 328 (6th Cir. 1998). The parties were notified of the Court's intention to confirm the award. Neither party filed another motion to vacate, modify or correct the award.

Accordingly, the arbitration award (ECF No. 10-1) is **CONFIRMED.  IT IS SO ORDERED.**

Date:  April 23, 2020          /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge