# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-1340

_____

Filed: February 03, 2021

PRASHAN GUNASEKERA, Doctor

    Plaintiff - Appellant

v.

WAR MEMORIAL HOSPITAL

    Defendant - Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 01/12/2021 the mandate for this case hereby issues today.

COSTS:  None